UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-184 (EGS) |
| | : | |
| v. | : | |
| | : | |
| ROBERT EUGENE WRIGHT, | : | |
| DEBRA ANN HICKS, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael Harvey at telephone number (202) 305-2195 and/or email address michael.harvey2@usdoj.gov.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

---

        Michael Harvey
        Assistant United States Attorneys
        Federal Major Crimes, DC Bar # 447-465
        555 4th Street, NW, Room 4243
        Washington, DC 20530
        (202) 305-2195