# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-184-01 | MAGIS. NO: |
|---|---|---|
| v.<br>ROBERT EUGENE WRIGHT | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Robert Eugene Wright | FILED<br>OCT 0 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:841(a)(1) and 841(b)(1)(A)(iii); and 18:2 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/22/06 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>6/22/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 6/22/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 10/2/06 | Stephanie K. Owens<br>Deputy U.S. Marshal | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |