CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 06-184
)
Robert Eugene Wright )
(DEFENDANT) )

**FILED**

OCT 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[✓] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

William Jackson Garber  #4289
(Attorney & Bar ID Number)

_____
(Firm Name)

717 D St. NW  Ste. 400
(Street Address)

Washington,  DC  20004
(City)      (State)   (Zip)

(202) 638-4669
(Telephone Number)