UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-184 (EGS) |
| **Plaintiff,** | : | |
| v. | : | |
| **ROBERT E. WRIGHT,** **DEBRA HICKS,** | : | |
| **Defendant.** | : | |

**NOTICE OF FILING PROPOSED ORDER TO
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Per the instruction of the Court, the United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached proposed order to exclude the period from October 12, 2006 to November 2, 2006, in computing the date for trial in this case pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161.

At the October 12, 2006, initial status conference, the Court ordered that the period between October 12, 2006, and the date of the next status conference, November 2, 2006, be excluded from computing the date for trial pursuant to the Speedy Trial Act based on the defendant's representation that the period of time would be used by the defendant to consider the Government's discovery and plea offer in this matter.  See United States v. Montoya, 827 F.2d 143, 150 (7th Cir. 1987); see also, United States v. Bowers, 834 F.2d 607, 610 (6th Cir. 1987) (affirming trial court's exclusion of time attributable to plea bargaining, "since the plea bargaining process can qualify as one of the many 'other proceedings'" under section

3161(h)(1)(I) of the Speedy Trial Act); cf. United States v. Fields, 39 F.3d 439, 445 (3rd Cir. 1994) ("In current federal practice, plea negotiations play a vital role. We therefore see no reason why an 'ends of justice [Sec. 3161(h)(8)(A)] continuance may not be granted in appropriate circumstances to permit plea negotiations to continue."). For this reason, the defendant agreed during the October 12th status hearing that the Speedy Trial Act be tolled until the next status hearing on November 2, 2006. Based on these representations, the Court ordered that the period of time from October 12, 2006 to November 2, 2006, be excluded from computation of the Speedy Trial date, and directed that the Government submit a proposed order memorializing that ruling. That proposed order is attached hereto.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        G. MICHAEL HARVEY
        Assistant United States Attorney
        D.C. Bar # 447465
        Federal Major Crimes
        555 4th Street, N.W.  Room #4243
        Washington, DC 20530
        (202) 305-2195; Fax: 616-3782