UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-184 (EGS) |
| **Plaintiff,** | : | |
| v. | : | |
| ROBERT E. WRIGHT, DEBRA HICKS, | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' representations at the October 12, 2006, status conference, the Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is this _____ day of _____, 2006, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from October 12, 2006 to November 2, 2006, shall be excluded in computing the date for speedy trial in this case.

_____
DATE

_____
EMMET G. SULLIVAN
U.S. DISTRICT COURT JUDGE