## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
                v.                 :        Criminal No.  06-184 (EGS)
                                   :
ROBERT EUGENE WRIGHT,              :        **FILED**
DEBRA ANN HICKS,                   :
                                   :        NOV 3 0 2006
        Defendants.               :
                                            NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's unopposed oral motion, made in open court, to exclude time under the Speedy Trial Act, and the entire record in this case, the Court hereby makes the following findings:

1.    Additional time is necessary for the defendants to review the government's plea offer.

2.    Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

THEREFORE, it is this _30th_ day of November/December, 2006, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), a period of _15_ days shall be excluded from the computation of time within which to commence trial.

EMMET G. SULLIVAN
JUDGE, UNITED STATES DISTRICT COURT

Copies to:

AARON MENDELSOHN, ESQUIRE
Assistant United States Attorney
555 4th Street, NW, Room 4239
Washington, DC 20530

WILLIAM GARBER, ESQUIRE
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

JAMES RUDASILL, ESQUIRE
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004