UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No.        (EGS)
) 06-184-01
*Robert Eugene Wright* )
) **FILED**
Defendant. )
) JAN 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

O R D E R

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house ROBERT EUGENE WRIGHT at Central Treatment Facility until further Order of this Court.

1/4/07
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE