UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 06-184 (EGS) |
| | : | |
| ROBERT EUGENE WRIGHT, | : | |
| DEBRA ANN HICKS, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, submits the attached Order pursuant to the Court's directive.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Aaron Medelsohn
Assistant United States Attorney
Federal Major Crimes, Bar No. 460-570
555 4th Street, NW   Room 4239
Washington, DC 20530
(202) 514-9519