UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | Criminal No.  06-184 (EGS) |
| : | |
| **ROBERT EUGENE WRIGHT,** : | |
| **DEBRA ANN HICKS,** : | |
| : | |
| **Defendants.** : | |

**ORDER**

Upon consideration of the government's unopposed oral motion, made in open court, to exclude time under the Speedy Trial Act, and the entire record in this case, the Court hereby makes the following findings:

1. Additional time is necessary for the defendants to review the government's plea offer.

2. Based on the foregoing, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

THEREFORE, it is this 25th day of January, 2007, hereby

ORDERED that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), a period of _____ days shall be excluded from the computation of time within which to commence trial.

_____
EMMET G. SULLIVAN
JUDGE, UNITED STATES DISTRICT COURT

Case 1:06-cr-00184-EGS    Document 21-2    Filed 01/25/2007    Page 2 of 2

Copies to:

AARON MENDELSOHN, ESQUIRE
Assistant United States Attorney
555 4th Street, NW, Room 4239
Washington, DC 20530

WILLIAM GARBER, ESQUIRE
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

JAMES RUDASILL, ESQUIRE
601 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004