IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Case Number: 06-cr-184 (EGS) |
| **Robert Wright** | : | |

DEFENDANT'S MOTION TO CONTINUE

Robert Wright, through undersigned counsel, respectfully moves this Court, to continue the status in this case. In support of this motion counsel states the following:

1. A status hearing in this case is scheduled for February 22, 2007 at 9:30 a.m.

2. Undersigned counsel is currently in trial in the Superior Court of the District of Columbia in the case of United States vs. Milton Swinson before Judge Iscoe.

3. Counsel has contacted co-defendant's counsel, James Rudasill, who has no opposition to our request.

4. Counsel has contacted AUSA, Aaron Mendelsohn, who indicates he takes no position to our request.

5. If the instant motion is granted, counsel will contact Carol to pick a new date.

WHEREFORE, the defendant requests that this Honorable Court continue the status in the captioned case.

Respectfully submitted,

/s/

_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764