**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Motion for Continuance was mailed, postage pre-paid this February 21, to AUSA Aaron Mendelsohn, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

                                                      _____
Nikki Lotze
ROBERTS & WOOD
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
301-699-0764

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | :   **Criminal No.: 06-cr-184** |
| **ROBERT WRIGHT** | : |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Continuance of the status in the captioned case, good cause having been shown therefor, it is, this _____ day of December 2007,

ORDERED, that Defendant's Motion be, and the same is hereby, GRANTED; and the status is continued to _____ .

_____
J U D G E

Copies to:

Nikki Lotze, Esquire
Roberts & Wood
6801 Kenilworth Ave.
Suite 202
Riverdale, MD 20737

AUSA Aaron Mendelsohn
Office of the United State's Attorney
555 Fourth Street, NW
Washington, D.C. 20530