UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 06-184 (EGS) |
| | : | |
| v. | : | |
| | : | VIOLATION: 18 U.S.C. § 841(a)(1) |
| **ROBERT E. WRIGHT,** | : | and 841(b)(1)(B)(iii) |
| | : | **(Unlawful Distribution of 5 Grams of** |
| Defendant. | : | **More of Cocaine Base)** |

## I N F O R M A T I O N

The United States informs the Court:

### COUNT ONE

On or about April 28, 2004, within the District of Columbia, **ROBERT E. WRIGHT**, did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

                                                   JEFFREY A. TAYLOR
                                                   United States Attorney
                                                   D.C. Bar 498-610

By: _____
       AARON MENDELSOHN
       Assistant United States Attorney
       United States Attorneys Office
       D.C. Bar 467-570
       Federal Major Crimes Section
       555 4th Street, N.W. (Room 4239)
       Washington, D.C.  20530
       (202) 514-9519