UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
       Plaintiff,

Criminal No. 06-184(EGS)

ROBERT EUGENE WRIGHT
       Defendant

## WAIVER OF INDICTMENT

I, ROBERT EUGENE WRIGHT the above named defendant, who is accused

of_____

_____

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment