UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
     Plaintiff,

vs.

ROBERT EUGENE WRIGHT
    Defendant.

Criminal No. 06-184 (EGS)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved: _____
Judicial Officer

CO-526 (12/86)