UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB 28 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 06-184 (EGS) |
| v. | : |
| | : |
| ROBERT E. WRIGHT, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

The United States and Defendant ROBERT WRIGHT agree and stipulate as follows:

**I.   April 28, 2004 Incident**

On April 28, 2004, at approximately 6:15 p.m., at 2505 Brentwood Road, N.E., Washington, D.C., a confidential information (CI) working with agents from the Drug Enforcement Administration (DEA) met with Defendant ROBERT WRIGHT in front of Defendant's residence at the above address. The CI and Defendant had earlier engaged in numerous phone conversations regarding the purchase of crack cocaine by the CI from Defendant. The CI handed Defendant $2000 in U.S. Currency. Defendant walked over to a car parked in front of his residence and removed an object from the trunk. Defendant then took the object into his residence and told the CI to remain on the front porch. Defendant then walked across the street and entered the back door of 2503 Rhode Island Avenue, N.E., Washington, D.C., the residence of co-defendant Deborah Hicks.

After approximately ten minutes, the CI walked over to 2503 Rhode Island Avenue and began to call out to co-defendant Hicks. Co-defendant Hicks walked outside of her residence with a brown paper bag, which she handed to the CI. The CI looked inside of the bag and saw that it contained a plastic bag with a large amount of crack cocaine, which had just been cooked-up and was still warm and soft to the touch.

Co-defendant Hicks told the CI that Defendant would be coming outside of her house soon. The CI waited outside of co-defendant Hick's house until Defendant came outside. The CI asked Defendant if it was "straight," and Defendant responded that he had given the CI an extra "seven grams over." The CI then left the area with the DEA agents.

The DEA conducted forensic analysis of the cocaine base distributed to the CI by Defendant and co-defendant Hicks and confirmed the presence of cocaine base, also known as crack, which is smokeable or capable of being smoked, with a net weight of 60.2 grams and a concentration of 56%.

## II.   March 10 and August 25, 2005 Incidents

On March 10 and August 25, 2005, Metropolitan Police Department officers executed two search warrants upon Defendant's residence at 2505 Brentwood Road, N.E., Washington, D.C., and recovered, among other narcotics paraphernalia and personal items belonging to Defendant, the following narcotics: (1) 247.8 grams of cocaine base; (2) 78.7 grams of cocaine hydrochloride; and (3) 2.9 grams of heroin hydrochloride. Furthermore, during the execution of the March 10, 2005, search warrant, the officers recovered a black .380 caliber Davis Industries handgun loaded with four live rounds of ammunition. Defendant possessed the above narcotics with the specific intent to distribute them.

The DEA conducted forensic analysis of the cocaine base recovered from Defendant's residence and confirmed the presence of cocaine base, also known as crack, which is smokeable or capable of being smoked, with the above net weight and a concentration of between 75-85%. The DEA also conducted forensic analysis of the cocaine hydrochloride recovered from Defendant's residence and confirmed the presence of cocaine hydrochloride with the above net weight and a concentration between 53-62%. Finally, the DEA conducted forensic analysis of the heroin

hydrochloride recovered from the apartment and confirmed the presence of heroin hydrochloride with the above net weight and a concentration of 7.2%.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney
                                          for the District of Columbia

By: _____
       AARON H. MENDELSOHN
       Assistant U.S. Attorney
       555 4th Street, N.W. (Room 4239)
       Washington, D.C. 20530
       (202) 514-9519

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, Nikki Lotze, I agree and stipulate to this Statement of Offense.

Date: 2-28-07

_____
Robert E. Wright
Defendant

I have discussed this Statement of the Offense with my client, Robert Wright. I concur with his decision to stipulate to this Statement of Offense.

Date: 2/28/07

_____
Nikki Lotze, Esq.
Counsel for Defendant