IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 06-184 (EGS) |
| **ROBERT WRIGHT** | : | |

DEFENDANT'S BOND REVIEW MOTION

Robert Wright, through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. section 3142(c)(3), to review his bond status and order Mr. Wright released to the intensive supervision program of the Pretrial Services Agency. In support of this motion counsel states the following:

1. Mr. Wright is before the Court having pled guilty on February 28, 2007, to possession with intent to distribute cocaine base, stemming from an incident which occurred on April 28, 2004.

2. Mr. Wright and co-defendant Debra Hicks were not indicted until June 2006. Shortly after Mr. Wright hired undersigned counsel, he entered his guilty plea. Co-defendant Hicks' wired guilty plea took place shortly thereafter.

3. After being released to the supervision of Pretrial Services with varying success, Mr. Wright was stepped back in March 2007, for two consecutive positive urine tests.

4. Mr. Wright remains convinced that these were false positive results, and asks that the Court grant him one last chance to prove that he is capable of successfully complying with community supervision.

5. Prior to incurring these positive test results, Mr. Wright had submitted seven consecutive clean urine samples: from January 4, 2007, through February 23, 2007.

6. Moreover, Mr. Wright's cocaine levels on successive days, as reported by the PTSA seem to indicate that the positive results may have been false. The positive values which resulted in Mr. Wright's current incarceration were:

| | | |
|---|---|---|
| positive | 187p | February 26, 2007; |
| positive | 283p | March 1, 2007; |
| negative | 57n | March 5, 2007. |

Mr. Wright then submitted two additional negative samples before being incarcerated on or after March 12, 2007.

7. Mr. Wright contends that it is impossible for a man of his size and body fat content to go from a positive value of 283 on March 1, 2007, all the way down to a negative value of 57, on March 5, 2007, in the four days between those two tests.

8. Upon information and belief, there are a large number of Robert Wrights currently submitting samples for urine surveillance through PTSA. Mr. Wright believes that his sample may have been mixed up with that of another Robert Wright.

9. In addition, Mr. Wright has been working very hard to accomplish all that is necessary in order to qualify for the gastric bypass surgery that he needs in order to reduce his weight to a level that would enable him to live beyond the five years that his doctor has predicted he will survive without the surgery.[1] He contends that he would not jeopardize his chance to remain in the community in order to complete the requirements to become eligible for that life-saving surgery, by using drugs.

---

[1] Among other things, Mr. Wright – like all Medicaid recipients wanting to undergo gastric bypass surgery -- must complete an "orientation" course; undergo physical examinations, and meet with a number of different physicians.

10. Finally, Mr. Wright is pending sentencing on a cocaine base offense. Like other defendants pending sentencing on similar charges before the Court, Mr. Wright may seek the benefit of the decision of the court of appeals concerning the post-*Booker* appropriateness, of granting cocaine base offenders, any routine reduction from guidelines sentences due to the disparity between crack and powder sentences. Given the gravity of the interests to be effected by the pending court of appeals decision, this Honorable Court has postponed the sentencing hearings of other similarly situated defendants in order to have the benefit of the court of appeals' decision. In addition to the above stated reasons, counsel seeks Mr. Wright's release in light of the possible length of any such postponement.

11. Mr. Wright is a 44 year old man with serious well documented health complications -- the specific nature of which the Court has been previously made aware. Assigned AUSA Aaron Mendelsohn has himself spoken with Mr. Wright's physician, who confirmed that Mr. Wright, in the Doctor's estimation, can expect to live 5 years if he does not receive the gastric bypass surgery which he seeks.

12. Mr. Wright has not been convicted of any consequential crime since he was 24. In none of Mr. Wright's criminal history is it alleged that he has ever engaged in any violent conduct. Mr. Wright does not pose any danger to the community.

13. Mr. Wright has substantial ties to the community and poses no risk of flight. He has lived in the District of Columbia area his whole life.

14. In light of the foregoing, counsel respectfully requests that the Court reconsider Mr. Wright's bond status.

15. Although she remains on maternity leave until July 6, 2007, undersigned counsel has promised Mr. Wright that she would arrange to appear at any hearing the Court grants on the instant motion.

## CONCLUSION

Mr. Wright is not a risk of flight and poses no danger to the community. For these reasons Mr. Wright asks that the Court permit him to return to the intensive supervision program through the Pretrial Services Agency.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing bond review motion has been sent by mail and FACSIMILE, on this _____ day of April 2007, to:

AUSA Aaron Mendelsohn
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

_____
Nikki Lotze

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 06-184 (EGS) |
| **ROBERT WRIGHT** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Bond Review Motion, it is this _____ day of _____ 2007, hereby

ORDERED that the motion is granted.

_____
JUDGE SULLIVAN

cc:   Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

AUSA Aaron Mendelsohn
Office of the United States Attorney
555 4th Street NW
Washington, D.C. 20530