IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | :   Case Number: 06-cr-184 (EGS) |
| **Robert Wright** | : |

MOTION FOR APPROPRIATE RELIEF

COMES NOW the Defendant, Robert Wright, by and through his attorneys, Nikki Lotze and Roberts & Wood, and moves this Honorable Court to permit the Defendant to attend his brother's funeral. In support of this request, the Defendant would state the following:

1.   The defendant is currently held without bond in the captioned case.

2.   The defendant's brother, Reginald Wayne Lee, died on May 2, 2007. Funeral services will be held on Wednesday, May 9, 2007 from 11:00 am to 4:00 pm at the New Dawn Baptist Church located at 5909 Riggs Road, Hyattsville, Maryland. Their phone number is 301-599-6466.

3.   The defendant requests that should this Honorable Court grant this motion that the U.S. Marshal's office escort him to and from the service.

WHEREFORE, based on the above, the Defendant respectfully requests that he be permitted to attend his brother's funeral.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Motion for Appropriate Relief was mailed,   postage pre-paid this May 7, 2007, to AUSA, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.


                                        /s/
                              Nikki Lotze
                              ROBERTS & WOOD
                              6801 Kenilworth Avenue, Suite 202
                              Riverdale, Maryland 20737
                              301-699-0764