DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| **UNITED STATES** | : |
| v. | :    **Criminal No.: 06-cr-184 (EGS)** |
| **ROBERT WRIGHT** | : |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for Appropriate Relief, good cause having been shown therefor, it is, this _____ day of May 2007,

ORDERED, that Defendant's Motion be, and the same is hereby, GRANTED and it is further

ORDERED, that the defendant be permitted to attend his brother's funeral.

_____
J U D G E

Copies to:

Nikki Lotze, Esquire
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, Maryland 20737

Office of the United State's Attorney
555 Fourth Street, NW
Washington, D.C. 20530

Correctional Treatment Facility
1901 E Street, SE
Washington, D.C. 20001