**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| v. | :        Criminal No.: 06-184 (EGS) |
| **Robert Wright** | : |

DEFENDANT'S RENEWED BOND REVIEW MOTION

Mr. Wright, by and through undersigned counsel, hereby submits the following additional information to assist the Court in determining an appropriate plan for Mr. Wright's conditional release[1] in order to receive continued medical care.

On May 8, 2007, the Court (through the Honorable Magistrate Judge Alan Kay), heard Mr. Wright's bond review motion filed on April 30, 2007. The Court invited counsel to submit additional information concerning Mr. Wright's need for continued medical care, and indicated that once counsel provided information concerning the location(s) and time(s) for Mr. Wright's medical appointments, the Court was inclined to fashion some means by which to assist Mr. Wright in getting to those appointments. (*See* footnote 1).

Mr. Wright's family has provided counsel with the attached paperwork, which indicates:

1. That Mr. Wright initially consulted with Dr. Rickford of Providence Hospital on May 16, 2006, to begin the pre-operative process preceeding gastric bypass surgery.

2. That, like all patients in need of this surgery, Mr. Wright is expected to obtain nine follow up studies/consultations prior to surgery, including (1) an IVC filter; (2) lower extremity

---

[1] A variety of options were discussed at the bond review hearing held by Judge Kay. Among them were: ordering Mr. Wright released with conditions for the time during which his appointments were scheduled, so that he could travel to the appointments; placing Mr. Wright in a halfway house for the time during which his appointments are scheduled, so that he could travel to the appointments; ordering the U.S. Marshal's Service to provide transportation for Mr. Wright between CTF and the various appointments. The Court did not indicate which of these options it might elect, but did indicate a willingness to ensure that Mr. Wright was able to make the scheduled appointments.

doppler; (3) pulmonary consult; (4) sleep study; (5) abdominal u/s; (6) cardiology consult; (7) gastrointestinal consult; (8) psychology consult; and (9) an appointment in the wellness center.

3. Mr. Wright's family has secured appointments for him in each of the required categories.

4. Mr. Wright's appointment dates and times for each of the required consultations/studies are handwritten on the list provided by Providence Hospital, of health care providers qualified to provide the necessary consultation/study.

5. Those dates range from August 11, 2007 to August 21, 2007.

Neither of the alternatives to conditional release will accomplish the goal as surely as will conditional release. If (and counsel's experience has been that this is an enormous "if"), the U.S. Marshal's Service were even willing to agree to transport Mr. Wright to the scheduled appointments, there is no guarantee that on each of the dates that Mr. Wright requires transport, the USMS would have enough staff to carry out this function. At a halfway house, Mr. Wright would be at the mercy of Department of Corrections staff and a myriad of rules concerning, among other things, the number of days of restricted movement prior to a halfway house resident's clearance to leave the facility for any purpose.

The Court, the government, counsel, and Mr. Wright's family will all have invested far too much time and energy in securing these appointments and arranging for Mr. Wright's attendance at them, to leave his ultimate ability to attend in the hands of either the USMS or the D.C. Department of Corrections.

THEREFORE, counsel respectfully requests that Mr. Wright be released with conditions from August 11, 2007 to August 21, 2007, in order that he may obtain all of the necessary consultations and or studies preliminary to receiving the life-saving gastric bypass surgery prior to whatever terms of incarceration the Court might impose at sentencing.

                Respectfully submitted,

                /s/

                _____
                Nikki Lotze
                Roberts & Wood
                6801 Kenilworth Avenue, #202
                Riverdale, MD 20737
                (301) 699-0764