**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Renewed Motion for Bond Review was mailed, postage pre-paid this June 20, 2007, to AUSA Aaron Mendelsohn, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

                                      _____/s/_____
                                        Nikki Lotze
                                        ROBERTS & WOOD
                                        6801 Kenilworth Avenue, Suite 202
                                        Riverdale, Maryland 20737
                                        301-699-0764

Case 1:06-cr-00184-EGS   Document 46-2   Filed 06/20/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Criminal Division

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | Criminal No.: 06-184 (EGS) |
| **ROBERT WRIGHT** | : | |

## ORDER

Upon motion of the Defendant and having considered any response by the government,

It is hereby ORDERED that Robert Wright, D.C.D.C. number 228-797, be released from custody on August 11, 2007.

It is FURTHER ORDERED that Robert Wright self surrender to the CTF facility on August 21, 2007.

_____
J U D G E

Copies to:

Nikki Lotze, Esquire  
Roberts & Wood  
6801 Kenilworth Ave.  
Suite 202  
Riverdale, MD 20737

AUSA Aaron Mendelsohn  
Office of the United State's Attorney  
555 Fourth Street, NW  
Washington, D.C. 20530