**Marc S. Rickford, MD**
General Surgery
Advanced Laparoscopic and Bariatric Surgery

May 14, 2007

To Whom It May Concern:

Mr. Robert Wright had his initial consultation for gastric bypass surgery on May 16, 2006. He is interested in continuing with the pre-operative process.

If you have any further questions or concerns, please do not hesitate to contact my office.

Sincerely,

Marc S. Rickford, M.D.

Providence Hospital
1160 Varnum Street, NE, Suite 212
Washington, DC 20017
Telephone: 202-480-4080
Facsimile: 202-448-4082

## Check List of F/U Studies Needed for Bariatric Patients

Patient's Name _Robert Wright_

| | | |
|---|---|---|
| ✓ IVC filter | Indications: | ___ lower extremity edema |
| | | ___ venous insufficiency |
| | | ___ h/o DVT |
| | | ___ h/o Pulm. Embolism |
| | | ___ h/o anticoagulation |
| | | ___ BMI > 55 with comorbidities |
| | | ___ immobile/bed ridden |
| ✓ Lower extremity Doppler | | |
| ✓ Pulmonary Consult | Indications | ___ h/o Obstructive Sleep Apnea |
| | | ___ h/o mod/severe asthma |
| ✓ Sleep Apnea | | ___ h/o emphysema |
| | | ___ h/o interstitial lung disease |
| | | ___ BMI > 50 |
| | | ___ Requiring home oxygen |
| ✓ Abdominal U/S | Indications | ___ h/o gallstones |
| | | ___ abdominal pain (r/o stones) |
| ✓ Cardiology Consult | | |
| ___ PCP is cardiologist | | |
| ___ Needed cardiac work-up | | ___ Nuclear exercise stress test |
| | | ___ Nuclear pharm. stress test |
| | | ___ Echocardiogram |
| | | ___ Cardiac Cath |
| ✓ Gastrointestinal Consult | | |
| ✓ Psychology Consult | | |
| ___ Letter from PCP | | |
| ___ Labs (pre-op) | | ___ CBC c d/p |
| ___ Labs from PCP | | ___ CMP |
| | | ___ PT/PTT/INR |
| ✓ Wellness Center | | ___ Bhcg |

Inserting

**Laboratory**
Treatment:   Pre-op testing (per specified script)

| Specialist Name | Telephone/ Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Providence Hospital | No appointment necessary | 1150 Varnum Street, NE Washington, DC | BC/BS (PPO) Aetna (PPO) out of ntwk GEHA United HealthCare (PPO) Amerigroup | | |
| Washington Hospital Center | No appointment necessary | 106 Irving Street, NW Physicians Office Building Washington, DC | BC/BS (HMO) Aetna (HMO) M.D. IPA MAMSI Optimum Choice Alliance PPO | | |

**Sleep Centers**
Treatment:   Evaluation for Obstructive Sleep Apnea and CPAP titration/ set up

| Specialist Name | Telephone/ Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Providence Hospital | (202) 281-3232 | 1160 Varnum Street, NE #203 Washington, DC | | 8/14/07 9:30 am | |
| Holy Cross Hospital (Ask for CeCe) | (301) 754-7383 | 1500 Forrest Glenn Rd Silver Spring, MD | | | |
| Greater Washington Sleep Disorder Center (Ask for Tennille Watkins) | 1-800-AWAKEN-1 (301) 251-5905 ext 119 | 1901 Research Boulevard Suite 160 Rockville, MD  20850 OTHER SLEEP CENTER LOCATIONS: Maryland Olney Frederick Takoma Park | | | |

### Gastroenterologist
Treatment:   EGD and Clearance for Surgery

| Specialist Name | Telephone Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Elizabeth Myles | (202) 526-8622 | 1160 Varnum Street NE Suite 016 (ground floor) Washington DC 20017 | BC/BS (HMO/PPO) Aetna (HMO/PPO) M.D. IPA Optimum Choice Alliance PPO GEHA United HealthCare (PPO) Medicare | | |
| Ahmad Bayrakdar | (202) 526-2500 (202) 5260717 | 1160 Varnum Street, NE #108 Washington, DC | PPO Insurances ONLY | | |
| John Bedeau | (202) 829-8990 (202) 882-1787 | 6323 Georgia Avenue, NW #104 Washington, DC | BC/BS (HMO/PPO) Aetna (HMO/PPO) M.D. IPA Optimum Choice Alliance PPO GEHA United HealthCare (PPO) Medicare Medicaid | | |
| Gastrointestinal Associates DR. Bedeau | (202) 832-2880 (202) 832-0456 | 1160 Varnum Street, NE #311 Washington, DC | BC/BS (HMO/PPO) Aetna (HMO/PPO) M.D. IPA Optimum Choice Alliance PPO GEHA United HealthCare (PPO) | August 15, 9:00 Wednesday | |
| James Chesley | (301) 868-9510 | 7700 Old Branch Avenue #E101 Clinton, MD 20735 | BC/BS (PPO) Aetna (HMO/PPO) M.D. IPA Optimum Choice Alliance PPO GEHA United HealthCare (PPO) Medicare | | |

### Pulmonologist
Treatment: Pulmonary Function Tests and Clearance for Surgery

| Specialist Name | Telephone/Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Pulmonary Associates | (202) 526-5491<br>(202) 526-5434 | 1160 Varnum Street, NE<br>#214<br>Washington, DC | BC/BS (PPO)<br>Aetna (PPO)<br>M.D. IPA<br>Optimum Choice<br>Alliance PPO<br>GEHA<br>United HealthCare (PPO) | | |
| Fumikazu Kawakami | (202) 526-2800 | 1160 Varnum Street, NE<br>#218<br>Washington, DC | BC/BS (HMO/PPO)<br>Aetna (HMO/PPO)<br>M.D. IPA<br>Optimum Choice<br>Alliance PPO<br>GEHA<br>United HealthCare (PPO) | | |

### Thoracic Surgeon
Treatment: IVC Filter Placement

| Specialist Name | Telephone/Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Anthony Drakes | (202) 726-4200<br>(202) 726-0431 | 106 Irving Street, NW<br>#405<br>Washington, DC | PPO Insurances ONLY | | |
| Mowaffak Al-Hamad | (301) 441-3334<br>(301) 345-8272<br>202 635-3365 | 1140 Varnum Street, NE<br>#202<br>Washington, DC | BC/BS (HMO/PPO)<br>Aetna (HMO/PPO)<br>M.D. IPA<br>Optimum Choice<br>Alliance PPO<br>GEHA<br>United HealthCare (PPO)<br>DC Healthcare<br>DC Chartered | 8/16/07<br>1:00 pm<br>Thursday | |

## Psychological Evaluation
Treatment: Pre-Operative Consultation with Clearance

| Specialist Name | Telephone/Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Mr. Peter Fitts, LCSW-C | (301) 518-1659 | 9841 Greenbelt Road Suite 208 Lanham, MD 20706 | Self-Pay | 8/11/07 9:00 AM | |
| Washington Women's Psychotherapy Center | (301) 237-3894 | Washington, DC Silver Spring, MD | Self-Pay | | |
| Martha Vayhinger, L.C.S.W. | (301) 586-9357 | Holy Cross (affiliated) | Self-Pay | | |
| Merle Goldberg, L.C.S.W. | (301) 593-4832 | Holy Cross (affiliated) | Self-Pay | | |

## Nutritionist
Treatment: Pre and Post Operative Consultation

| Specialist Name | Telephone/Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Wellness Institute Nutritionist | (202) 269-7275 | 1150 Varnum Street, NE 3rd Floor (St. Catherine Hall) Washington, DC | Self-Pay | 8/17/07 9:00 - 12:00 | |
| Angela Carter Nutritionist | (240) 461-7640 | | Self-Pay | | |

### Cardiologist

Treatment: Cardiology Clearance to include ECHO and EKG (other tests as needed).

| Specialist Name | Telephone Facsimile | Address | Accepted Insurances | Appointment Date/Time | Notes |
|---|---|---|---|---|---|
| Patricia Davidson & James Oliver | (202) 726-4600 (202) 726-6322 | 106 Irving Street, NW #118 Washington, DC | Most HMO's and PPO's | | |
| Capitol Cardiology & Associates | (202) 832-1800/ (202) 832-2071 | 1160 Varnum Street, NE #100 Washington, DC | BC/BS (HMO/PPO) Aetna (HMO/PPO) M.D. IPA Optimum Choice Alliance PPO GEHA United HealthCare (PPO) DC Chartered DC Healthcare | | |
| Cynthia Crawford-Green | 301-567-5888 | 6196 Oxon Hill Rd. #500 Ft. Washington, MD 20769 | BC/BS (HMO/PPO) Aetna (HMO/PPO) M.D. IPA Optimum Choice Alliance PPO GEHA United HealthCare (PPO) DC Chartered | | |
| David Gooray | (202) 829-8990 (202) 882-1787 | 6323 Georgia Avenue, NW #104 Washington, DC | Medicare Medicaid BC/BS (HMO/PPO) United Health Care (PPO) Aetna (HMO/PPO) M.D. IPA | 8/21/07 2:15pm Tuesday | |
| Bernice Brown | (202) 269-9249 | 1160 Varnum Street, NE #211 Washington, DC | PPO Insurances ONLY | | |