UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
                          )
            v.            ) Criminal Action No. 06-184-01 (EGS)
                          )
ROBERT WRIGHT,            )
                          )
            Defendant.    )
                          )

### ORDER

The Court hereby schedules a hearing on Robert Wright's Renewed Bond Review Motion for **July 19, 2007 at 10:00 a.m.**

**SO ORDERED.**

Signed:   **Emmet G. Sullivan**
          **United States District Judge**
          **July 13, 2007**