IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 06-cr-184(EGS) |
| ROBERT WRIGHT | : | |

<u>DEFENDANT'S MOTION TO CONTINUE SENTENCING STATUS</u>

Robert Wright, through undersigned counsel, respectfully moves this Court, to continue his sentencing status in this case. In support of this motion counsel states the following:

1. Mr. Wright was recently hospitalized for an infection to his foot which followed surgical re-connection of several toes to his foot.

2. Mr. Wright was released from the hospital on or about September 18, 2007, under a Doctor's Order that he limit walking except for around the house for a period of three months.

3. The sentencing status of November 28, 2007, falls within the time period that Mr. Wright is to be on what is essentially bed rest.

4. The sentencing status was set, among other things, for the purpose of determining how long a period of time is needed for Mr. Wright to complete the medical appointments preceding gastric bypass surgery, and then the surgery itself.

5. Because of his hospitalization and bed rest, Mr. Wright has not yet been able to begin the prerequisite appointments. However, some of the prerequisite appointments are scheduled for January 2008.

6.  Counsel left a message regarding the instant motion for now assigned AUSA Jean Sexton, whose voice mail message indicates that she is out of the office until November 28, 2007.

## CONCLUSION

For these reasons, Mr. Wright seeks a continuance of his sentencing status to a date in January 2008.

Respectfully submitted,

_____/s/_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing bond review motion has been HAND DELIVERED, on this ___26_____ day of November 2007, to:

AUSA Jean Sexton
Office of the United States Attorney
USDC Trial Division
555 Fourth Street, NW
Washington, D.C. 20530

_____/s/_____
Nikki Lotze