IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | 06-184(EGS) |
| **ROBERT WRIGHT** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2007, hereby

ORDERED that the sentencing status is rescheduled to _____, at _____ o'clock.

_____
JUDGE SULLIVAN

cc:  Nikki Lotze
    Roberts & Wood
    6801 Kenilworth Avenue
    Suite 202
    Riverdale, MD 20737

    AUSA Jean Sexton
    Office of the United States Attorney
    555 4th Street NW
    Washington, D.C. 20530