## HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAY 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.:** <u>CR-06-184-01</u> |
| | : | |
| vs. | : | **SSN:** _____ |
| | : | |
| **WRIGHT, Robert** | : | **Disclosure Date:** <u>July 3, 2007</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____                    _____7-9-07_____
Prosecuting Attorney                                                              Date

#### For the Defendant
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____                    _____
Defendant            Date                                  Defense Counsel        Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>July 17, 2007</u>, to U.S. Probation Officer <u>Kathie
McGill</u>, telephone number <u>(202) 565-1421</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:    Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**                                    **Page 2**

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date:      7-9-07