3803 Old Silver Hill road
Suitland, MD 20746
(301) 248-8801 Fax: (301) 449-0236

May 14, 2008

To whom it may concern:

### Robert Eugene Wright

My family and I have known Robert for over 25 years in different capacities; fan, teammate, colleague and friend. I can confirm that he is a man of great integrity, is extremely dedicated to his family and community, and is entirely peace-loving. He has been involved in activities that give children alternatives to crime and violence. Furthermore he has always been a staunch supporter and advocator of education, by deeds and personal endeavors. As stated previously I was a college football teammate at Johnson C. Smith University, and like everyone from this area a high school fan. Robert and I have coached and mentored several youth and always have stressed the importance of education, family and community.

The last few years due to his medical condition and problems Robert has been unable to work and participate in the activities I have mentioned. I would like you to be aware that I have offered Robert an employment opportunity with my families business as a dispatch /office assistant when this situation is over.

Sincerely,

Reginald E.B. Scott

Ref: Mr. Robert Wright Jr.

To Whom It May Concern,

I am extending this letter on behalf of Mr. Robert Wright Jr, a life-long friend as well as one of the advocates for enhancing community awareness among the youth. I've known Mr. Wright for over 25 years and dating back to my childhood, he has often communicated the importance of school and education to me as well as to the other children. It was because of individuals such as Mr. Wright, I was able to have someone outside of my family to display that extra level of interest in my growing up. Mr. Wright, often times consulting with me on school would reward me with .50 cents for every "A" awarded on my report card.

Now, 25 years later, I use the helpful words and tutelage given by Mr. Wright in my daily responsibilities of life. I have, successfully graduated from High School as well as an accredited college, Strayer University. I currently operate and manage my own consulting firm, in the Information Technology Industry and I manage business development and government procurement for outside interest. I say all of this to say, I contribute part of my success as a citizen and as a father to Mr. Wrights' concerns and words.

In conclusion, I believe if given the opportunity Mr. Wright can and would make the same impact in another youth life as he did in mine. There are a lot of challenges that a child can face, I, didn't have my father. There is no way of knowing the true impact of not having a father figure in a young males life but, I can say how having a individual who cared for me and the community such as Mr. Wright helped me to realize I had other and better opportunities available to me in which I exercise to this very day.

Thank you,

*Jaroy B. Johnson*

Jaroy B. Johnson
(202) 903-3060 Mobile
(301) 622-7754 Home
(301) 464-2291 Work
jaroy.johnson@itintegrations.net

May 13, 2008

**Re: Personal Character Reference for Mr. Robert Wright Jr.**

To Whom It May Concern:

I am very pleased to write this character reference for my cousin, Robert Wright. I've known him his entire life and know that he is a good person with a big heart.

Throughout his life, he has always been active in the community; advising youth in our DC neighborhood and helping the elderly. He has been an excellent father, raising his sons and caring for his own father. He has been plagued with his own health issues, but has still managed to take care and look after others. Robert Wright has been dedicated and generous to both his family and community.

It is without reservation that I write this reference for Mr. Robert Wright. His thoughtful dedication and warm spirit are a blessing.

Sincerely,

*Lori Mayfield*

Lori Mayfield

Reference:
Mr. Robert Eugene Wright, Jr.
2505 Brentwood Road, NE
Washington, DC  20018

To Whom It May Concern:

    Mr. Robert Eugene Wright, Jr., is a good personal friend that I have known for least 20 years.

    He has always been a person you could count on.  I'm a mother of three and a single parent, he has helped me to raise my sons to be very good students and have taking them to football and basketball events and have been a great role model for my sons who are the ages of 11 and 16.

    He is an essential part of our family.

Sincerely

Charlita T. Felder
Personal Friend

Mr. Robert Eugene Wright, Jr.
2505 Brentwood Road, NE
Washington, DC 20018


To Whom It May Concern:

    Mr. Robert Eugene Wright, Jr., is a good personal friend that I have known for least since he was a toddler.

    I have watched him and his other sister and brothers in my home for a number of years. He has always been a good and respectfully person. He would always stop if he seen me at the bus stop and take me wherever I had to go no matter how long he would have had to wait for me in the doctor's office or the store he would still have a smile on this face when I returned back to the car. I have a lot of respect for this young man and the way he treats seniors in the area.

    He is an essential part of our family.


Sincerely,

*Charlene Barker*

Charlene Barber
Personal Friend

**LASER ART INC.**

2414 Douglas St., N.E. Suite 200
P.O. 41083
Washington, D.C. 20018
Tel: (202) 269-4121
Fax: (202) 529-2996

To Whom It May Concern

  My name James Grayton I am writing this letter on behalf of Mr. Robert Eugene Wright Jr.

He has made great improvement in his life, being a father for sons and taking care of the needs of his

Father. Mr. Wright has used specific standards for making better judgment of decisions he made in life

Of dealing with day to day living with family and friends.

Mr. Wright has work with me on community projects, I like for him to help my group with ex- offender program , that we are writing  proposal for Nothwest Church Family Network.

He would be asset to this program, and our organization.

Thank You

*James Grayton*

James Grayton

*The Art of Laser Printers is Remanufactured Toner Cartridges*

C/O Honorable Judge Emmet G. Sullivan

333 Constitution Avenue, NW

Washington, DC 20001


Dear Honorable Judge Sullivan,


Robert Wright has been a good friend since the 80's. He was a student in my Algebra class at McKinley Tech High School in 1981. He also played High School Football, before going on to Johnson C. Smith University in Charlotte, North Carolina. His family has been very active since the time of City Councilman William Spaulings. Mr. Wright has health concerns which has limited his ability to find quality employment. After his mother passed away in 1999, his life took a whirlwind downhill. He was saved at my church and has been trying to help his disabled father at home. His father, Robert Wright Sr., worked over forty years as a tile mechanic. Laying tile and carpet for Diener's just about destroyed his kneecaps. Any favorite treatment would be greatly appreciated by this retired teacher. I will do everything in my power to try and keep him on the straight and narrow. This is the least an old man can do for a beloved student counseled by Ms. Angie Corley.


Yours truly,

*Thelmiah Lee*  5-9-08

Thelmiah Lee
4255 58th Avenue, #5
Bladensburg, MD 20710

To: Judge Sullivan  
    US District Court

May 1, 2008

From: Sandra Richardson  
    2025 Taylor Street, N.E.  
    Washington, DC 20018 tel. # 202-832-4677

Dear Your Honor,

I have known Robert "Man" Wright since his brother and I attended Langdon Elementary School. His brother, Reggie, also attended Taft and McKinley Tech with me. We graduated together and I still have the pictures of us at the Prom with our dates. I attended his brother, Reginald's, funeral last year. But Robert wasn't able to attend because of his incarceration. My family and Robert's family grew up only a few blocks apart in Ward Five. I on Taylor Street and he on Brentwood Road, right off of South Dakota Avenue and Rhode Island Avenue.

Robert being the baby of the family was always close to his mother and father. His dedication to his mother's dog, "puck-puck", even after her death in 1999, attest to his warm nature. Presently, his father, Robert Wright, Sr., can barely walk around because of his bad knees. But Man is there to help his father in his twilight years.

Thank you for your consideration, Sandra Richardson

To Whom it may concern,

<u>Re</u>: Character letter for Robert Wright


I have known Mr. Robert Wright for over 20 years now. He has always been a kind and reliable man. Robert would help anyone out that is in need. He has always been a very kind hearted and giving person. Robert is one of the most respectful men that I know. He is a very worthy individual. I could always seem to talk to Robert just about anything, he gives really good advice and is the most up front and honest man I know.


Stephanie Jolley

To: Honorable Judge Sullivan:

Family is the first word that comes to mind when I think of Mr. Robert E. Wright. Robert is also known to many as "Man" but to me he is "Uncle Man". A loving father of 5 boys and an awesome uncle of 13 nieces and nephews.

Uncle Man is described best as a patriarch to those who are closes to him because of his tendency to bring our family together for barbeques, birthday parties, or for no reason at all. He is funny, supportive and always kind with his time when it comes to uniting our family.

Uncle Man is especially close to me because he has always been supportive in my path to becoming a successful young lady. He has been instrumental in devoting his time helping me prepare for my high school prom, graduation and even my college experience. Uncle Man gave me encouraging words advising me of the ups and downs of college life. He would talk about his college experience and advise me of things to stay away from while in school. Most importantly, he would call to check on me regularly to make sure I was keeping focus and staying on track. Even now that I am a college graduate, my uncle calls me from time to time with job announcements he has found in the local newspapers.

I have five uncles, but Robert E. Wright, aka Uncle Man, has always treated me like the daughter he never had. He is bighearted, generous and truly a family guy.

Thank you for taking the time to read my letter. I hope that you will take it in consideration when making your final decisions.

Sincerely,

*Tinisha Taylor*

Tinisha Taylor



**Palmetto GBA**

2300 Springdale Drive • Post Office Box 7004 • Camden, South Carolina • 29020-7004

A CMS Contracted Intermediary and Carrier

Sabrina B. Jackson
Palmetto GBA
Medicare Specialist I
Columbia, South Carolina 29223

To Whom it may concern:

I have had the pleasure of knowing and being a personal friend of Mr. Robert Wright since August 25, 1981. I was a freshman at Johnson C. Smith University and also the daughter of Coach William R. Jackson, the coach that recruited Robert to JCSU from the Washington, D C area. I fondly remember that he was the first person I met because he and his immense statue and personality were one of a kind. I have remained friends with Mr. Wright from that day forward and my life is truly blessed with him in it.
The heart of a angel and the character of a man truly focused on family and friends is how I would describe my FRIEND affectionately known as "Man". He taught me so many life lessons that as a girl and only child I took with me to prepare for life and its many ups and downs. We all fall short, I have , he has and the reader's of this letter also but we can get up.
My friend Robert means the world to me. I am in South Carolina and he is hundreds of miles away…yet I never feel alone or abandoned. I need him in ny life. He is truthful, and loyal and those are characters that I don't run into everyday.
Would I take him home with me? YES  Would I take him to church with me ? YES  Would I stand with him at the gates of judgement? YES and hand in hand. I hope tahta this letter expresses the way I feel about Robert Wright and his effect on my life.
Thank You in advance for any consideration that he needs. I can be reached personally for any additional information if needed

Sincerely,

*Sabrina Jackson*

Sabrina Bliss Jackson

May 7, 2008

Honorable Judge Sullivan

Dear Honorable Judge Sullivan,

I would like to take this opportunity to write to you regarding my brother Robert E. Wright. Robert is the youngest of our family of 5 boys (1 brother deceased) and 1 girl (myself). He has been a help to my father in the home, my dad is 81 years old and he is the surviving parent. I live in Frederick, Maryland and Robert is living in town to help.

I want to let you know what a wonderful son, father, and brother he has been to the family, we depend on him a lot for looking out after my dad. He does a wonderful job giving my dad his insulin and cooking for him.

Mr. Robert Wright is helpful with his four teenage sons that love and respect him tremendously. He makes sure that they attend school and will graduate from high school in the near future. One son has graduated high school and is now playing basketball at a Division One University (New Mexico State). Robert plays a major role in his life.

I appreciate you giving me the time to express the character of my brother Robert Wright.

Sincerely,

Robinette Wright-Hairston