<u>Notice of Appeal Criminal</u>
CO-290 Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

vs. Robert Wright

Criminal No.  06-184-01 (EGS)

## NOTICE OF APPEAL

Name and address of appellant:
Robert E. Wright, DCDC 228-797 Central Treatment Facility 1901 E Street, SE Washington, D.C.

Name and address of appellant's attorney:     Nikki Lotze    (** NEW COUNSEL TO BE APPOINTED ON APPEAL)
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737

Offense:   distribution of more than 5 grams of cocaine base

Concise statement of judgment or order, giving date, and any sentence:

Sentenced on 7/1/08 to a term of 108 months incarceration plus 5 years supervised release.

Name and institution where now confined, if not on bail:   Central Treatment Facility (CTF)

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

APPELLANT _[signature]_

DATE
ATTORNEYFOKAPPELLANT

```
Motion to Proceed IFP  X
```
GOVT. APPEAL, NO FEE

CJA, NO FEE

PAID USDC FEE

PAID USCA FEE

Does counsel wish to appear on appeal? No

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No