# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3065**  **September Term 2007**

1:06-cr-00184-EGS-1

Filed On: August 13, 2008 [1132913]

United States of America,

    Appellee

v.

Robert Eugene Wright,

    Appellant

**FILED**
AUG 15 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on August 8, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                        BY:    /s/
                                  Elizabeth V. Scott
                                  Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis